# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Beth Coco** <br>                      **Debtor(s)** <br><br> **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc** <br>                      **Movant** <br><br>                 **vs.** <br><br> **Beth Coco** <br>                      **Respondent(s)** <br><br> **Kenneth E. West** <br>                      **Trustee** | **CHAPTER 13** <br><br><br> **NO.** 25-14901 DJB |

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc, it is **Ordered** and **Decreed** that confirmation is **denied**.

 

                                                                               _____
                                                                               Bankruptcy Judge