# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Beth Coco**<br>　　　　　　　　　　Debtor(s)<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc**<br>　　　　　　　　　　Movant<br>　　　vs.<br>**Beth Coco**<br>　　　　　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 25-14901 DJB |

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **December 16, 2025**.

Kenneth E. West (via ECF)
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Michael A. Cibik, Esq.  (via ECF)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Beth Coco
7601 Central Ave
Philadelphia, PA 19111


Date: December 16, 2025

　　　　　　　　　　　　　　　　　　　By: /s/ Matthew Fissel
　　　　　　　　　　　　　　　　　Matthew Fissel, Esquire
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　Phone: (215) 627-1322 Fax: (215) 627-7734
　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com