# UNITED STATES BANKRUPTCY COURT

**IN RE:**

Beth Coco

**CHAPTER:** 13

**Debtor(s)**   **CASE NO.** 25-14901

## CERTIFICATION OF NO PAYMENT ADVICES
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

I, __Beth Coco__, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payments throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☑ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

   I did not receive payment advices due to factors other than those listed above. (Please explain)

   I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated:

01/26/26

_Beth Coco (Jan 26, 2026 20:36:43 EST)_

Debtor