United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-14901-djb

Beth Coco                                                                              Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2026 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth Coco, 7601 Central Ave, Philadelphia, PA 19111-2401 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 18 2026 01:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2026 01:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2026                        Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, |

District/off: 0313-2                                      User: admin                                      Page 2 of 2

Date Rcvd: Mar 17, 2026                              Form ID: pdf900                                Total Noticed: 3

matthew.fissel@brockandscott.com

MICHAEL A. CIBIK

on behalf of Debtor Beth Coco help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Beth Coco | CHAPTER 13 |
| _Debtor_ | |
| | |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc | |
| _Objecting Party_ | NO. 25-14901 DJB |
| vs. | |
| Beth Coco | |
| _Debtor_ | |
| | 11 U.S.C. Section 362 |
| Kenneth E. West | |
| _Trustee_ | |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. On December 16, 2025, Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc (hereinafter "Creditor") filed an Objection to Confirmation of the Chapter 13 Plan filed in this matter on the basis that the same fails to provide for payment of pre-petition arrears owed to Creditor at the time the bankruptcy petition was filed.

2. On January 30, 2026, Creditor filed a Proof of Claim that includes a total of $4,362.34 in pre-petition arrears, consisting of $1,217.86 owed in principal and interest and a $3,144.48 Projected Escrow Shortage.

3. The Debtor shall cure said pre-petition arrearages by paying $4,362.34 directly to Creditor within thirty (30) days of entry of this Stipulation to the below payment address:

**Rocket Mortgage, LLC fka Quicken Loans, LLC fka Quicken Loans**
**635 Woodward Avenue**
**Detroit, MI 48226**

4. Beginning as of January 1, 2026, the Debtor shall maintain payment of regular monthly mortgage payments directly to the Creditor at the above designated payment address.

5. The Parties agree that direct payment of the $4,362.34 in pre-petition arrears and payment of regular monthly mortgage payments shall not be a violation of the automatic stay.

6. In the event the payments under Paragraphs 3 and 4 above are not tendered pursuant to the terms of this stipulation, the Creditor may file a Certification of Default with the Court and the Court shall enter an Order granting the Creditor relief from the automatic stay.

7. The Parties agree that this Stipulation shall resolve the Objection described above in Paragraph 1.

8. Upon timely receipt of the payment of the pre-petition arrears described in Paragraph 3, the Creditor shall amend its Proof of Claim to reflect -$0- in pre-petition arrears.

9. If the case is converted to Chapter 7, the Creditor shall file a Certification of Default with the court and the court shall enter an order granting the Creditor relief from the automatic stay.

10. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

11. The provisions of this stipulation do not constitute a waiver by the Creditor of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

12.    The parties agree that a facsimile signature shall be considered an original

signature.

Date: 2/26/2026

By: /s/ Matthew Fissel

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215)-627-1322

Date: February 26, 2026

Michael A. Cibik, Esquire
Attorney for Debtor
No Objection – Without Prejudice to Any Trustee Rights or Remedies

Date: 3/16/26

/s/ Kenneth E. West

Kenneth E. West
Chapter 13 Trustee

Approved by the Court this ___ day of _____, 2026.  However, the court
retains discretion regarding entry of any further order.

**Date: March 17, 2026**

Bankruptcy Judge
Derek J. Baker