# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-14901-DJB |
| Beth Coco, | Chapter 13 |
| Debtor. | |

### Certificate of Service

I, Michael A. Cibik, certify that on April 7, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: April 7, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
Chapter 13 Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**Rocket Mortgage, LLC**
635 Woodward Avenue
Detroit, MI 48226

**Method of Service: First Class Mail**

**Ally Financial, Inc**
500 Woodward Ave
Detroit, MI 48226-3416

**Amex**
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

**Cornerstone**
PO Box 82561
Lincoln, NE 68501

**Internal Revenue Service**
Centralized Insolvency
Operation PO Box 7346
Philadelphia, PA 19101-7346

**Mohela/dofed**
P.O. Box 300001
Greenville, TX 75403

**Mohela/navient**
633 Spirit Drive
Chesterfield, MO 63005

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Dept. of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617