**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

-------------------------------------------------------x

In re:                                                          :

                                                                :      Chapter 13

Beth Coco                                                :

                                                                :      Bankruptcy No. 25-14901-djb

                                       Debtor.         :

-------------------------------------------------------x

## **PRAECIPE TO WITHDRAW PROOF OF CLAIM**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw Proof of Claim number 10-1 filed by the City of Philadelphia on

May 20, 2026 in the amount of $72.98.


Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: May 26, 2026                    **By:**    */s/ Pamela Elchert Thurmond*
                                                            PAMELA ELCHERT THURMOND
                                                            Senior Attorney
                                                            PA Attorney I.D. 202054
                                                            City of Philadelphia Law Department
                                                            1401 JFK Blvd., 5th Floor
                                                            Philadelphia, PA  19102-1595
                                                            215-686-0508 (phone)
                                                            215-686-0588 (facsimile)
                                                            Email: Pamela.Thurmond@phila.gov