United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 25-14901-djb |
|---|---|
| Beth Coco | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2

Date Rcvd: Jun 04, 2026      Form ID: 155      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Beth Coco, 7601 Central Ave, Philadelphia, PA 19111-2401 |
| 15078931 | + | Anthony F. Coco, 7601 Central Ave, Philadelphia, PA 19111-2401 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15132048 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 05 2026 00:30:11 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15078929 | | Email/Text: ally@ebn.phinsolutions.com | Jun 05 2026 00:24:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15092721 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:30:16 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15078930 | | Email/PDF: bncnotices@becket-lee.com | Jun 05 2026 00:30:18 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 15144995 | | Email/Text: megan.harper@phila.gov | Jun 05 2026 00:24:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15078940 | | Email/Text: megan.harper@phila.gov | Jun 05 2026 00:24:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15078932 | ^ | MEBN | Jun 05 2026 00:21:05 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15078933 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 05 2026 00:24:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15091557 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 05 2026 00:30:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15087485 | | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 05 2026 00:30:12 | MOHELA, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 15078934 | ^ | MEBN | Jun 05 2026 00:21:14 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15078935 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jun 05 2026 00:30:24 | Mohela/navient, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 15078936 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 05 2026 00:24:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15078938 | ^ | MEBN | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 04, 2026 | Form ID: 155 | Total Noticed: 20

| | | Jun 05 2026 00:20:48 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15078937 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 05 2026 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15078939 | Email/Text: bankruptcy@philapark.org | Jun 05 2026 00:24:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15099695 | + Email/Text: bankruptcyteam@rocketmortgage.com | Jun 05 2026 00:24:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15101028 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jun 05 2026 00:24:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Beth Coco help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                         )
     Beth Coco                 )          Case No. 25−14901−djb
                        )
                        )
     Debtor(s).                )          Chapter: 13
                        )
                        )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: June 4, 2026                              For The Court

                                                 Derek J Baker
                                                 Judge, United States Bankruptcy Court